IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILSON SMITH, Reg. No. 19265-021, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:18-CV-270-WKW ) [WO] |
| WALTER WOODS, | ) ) |
| Defendant. | ) |

## ORDER

On April 26, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and in light of Plaintiff's complete failure to respond to court orders or to appear in this action personally or by counsel,[1] it is ORDERED that the Recommendation is ADOPTED. Accordingly, this action is DISMISSED without prejudice for failure of Plaintiff to file necessary financial information as ordered by this court.

---

[1] In federal court, parties "may plead and conduct their own cases personally or by counsel." 28 U.S.C. § 1654. "The right to appear *pro se* . . . is limited to parties conducting 'their own cases,' and does not extend to non-attorney parties representing the interests of others." *FuQua v. Massey*, 615 F. App'x 611, 612 (11th Cir. 2015) (quoting *Devine v. Indian River Cty. Sch. Bd.*, 121 F.3d 576, 581 (11th Cir. 1997), *overruled in part on other grounds by Winkelman ex rel. Winkelman v. Parma City Sch. Dist*., 550 U.S. 516, 535 (2007)).

Final judgment will be entered separately.

DONE this 5th day of June, 2018.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE